## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Representative Ted Lieu, et al.,** | ) ) ) ) ) |
| *Plaintiffs*, | ) Civil Action No. 1:16-cv-02201 |
| **v.** | ) ) |
| **Federal Election Commission,** | ) ) |
| *Defendant*. | ) ) ) ) ) ) |

### DECLARATION OF RONALD A. FEIN IN SUPPORT OF MOTION
### TO LIST NON-RESIDENTIAL ADDRESSES IN COMPLAINT CAPTION

I, Ronald A. Fein, declare under penalty of perjury, as follows:

1. I am an attorney at Free Speech For People and serve as counsel for plaintiffs in this action, including Zephyr Teachout.

2. Ms. Teachout is a candidate in a high-profile, contested election for an open Congressional seat in New York's 19th Congressional District.

3. As a candidate for public office, Ms. Teachout has taken measures to avoid publicizing her current residential address to protect her and her family's privacy.

4. I have located previous addresses of Ms. Teachout through Google searches, but did not locate her current residential address using those searches.

5. Because Ms. Teachout is a candidate in a high-profile election, public disclosure of her current residential address in this action could subject her and her family to undue harassment.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 4, 2016           _____/s/ Ronald A. Fein_____
                                    Ronald A. Fein