IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Representative Ted Lieu, et al.,** ) <br> ) <br> *Plaintiffs*, ) <br> **v.** ) <br> **Federal Election Commission,** ) <br> ) <br> *Defendant*. ) | Civil Action No. 1:16-cv-02201 |

**[PROPOSED] ORDER GRANTING MOTION TO LIST
NON-RESIDENTIAL ADDRESSES IN COMPLAINT CAPTION**

Upon consideration of Plaintiffs' Motion To List Non-Residential Addresses In Complaint Caption:

**IT IS HEREBY ORDERED** that Plaintiffs Representative Ted Lieu, Representative Walter Jones, and Zephyr Teachout shall be permitted to list the non-residential addresses listed in the complaint caption in the above-captioned matter.

Dated: _____          _____
                                                        UNITED STATES DISTRICT JUDGE