UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPRESENTATIVE TED LIEU, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 16-2201 (EGS) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER DENYING FEC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION**

Upon consideration of The Federal Election Commission's Motion to Dismiss Plaintiffs' Complaint For Lack Of Jurisdiction, it is this __ day of August, 2017, **ORDERED** that:

1. The Motion is DENIED AS MOOT, without prejudice to file a motion to dismiss as to the merits of Plaintiffs' first amended complaint.

Dated: _____          _____
                                  UNITED STATES DISTRICT JUDGE