# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REPRESENTATIVE TED LIEU, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 16-2201 (EGS) |
| v. | ) ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | MOTION FOR SCHEDULING ORDER |
| Defendant. | ) ) ) | |

## FEDERAL ELECTION COMMISSION'S UNOPPOSED
## MOTION FOR A SCHEDULING ORDER

Defendant Federal Election Commission ("Commission" or "FEC") hereby moves for an extension of its time to respond to the plaintiffs' Amended Complaint. On March 7, 2018, this Court entered a Minute Order granting plaintiffs' motion for leave to file an Amended Complaint. As part of that order, the Court acknowledged that the plaintiffs "have consented to an appropriate extension of time" to ameliorate any prejudice the Commission might face as a result of the shorter time frame to respond to amended pleadings, as compared to the time frame applicable to responses to an original complaint in a newly filed action. (Minute Order (March 7, 2018); *see* Pls.' Reply in Supp. of Mot. for Leave to File Am. Compl. at 2 (Docket No. 28) (Aug. 18, 2017).) The Commission therefore requests that the deadline for the filing of its answer or other response to the Amended Complaint be extended to May 7, 2018. Consistent with the time period for federal agencies to respond to newly filed actions, the Commission's requested extension would provide it with a response date that is 60 days from the filing of the Amended Complaint on March 8, 2018. *See* Fed. R. Civ. P. 12(a)(2).

The Commission also requests that the Court formally lift the stay order it entered on June 14, 2017. The Court stayed this case while plaintiffs' motion for leave to file an amended complaint was pending. Now that the Court has granted that motion, this case may proceed on plaintiffs' amended claims in accordance with the local rules governing judicial review of administrative agency actions. *See* LCvR 7(n), 16.3.

The Commission has conferred with counsel for plaintiffs, who indicated that they do not oppose the relief requested in this motion.

Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson (D.C. Bar No. 457628) | Harry J. Summers |
| Acting General Counsel | Assistant General Counsel |
| lstevenson@fec.gov | hsummers@fec.gov |
| | |
| Kevin Deeley | Sana Chaudhry |
| Associate General Counsel | Attorney |
| kdeeley@fec.gov | schaudhry@fec.gov |
| | |
| | */s/Jacob S. Siler* |
| March 20, 2018 | Jacob S. Siler |
| | Attorney |
| | jsiler@fec.gov |

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
1050 First Street, N.E.
Washington, DC 20463
(202) 694-1650