UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPRESENTATIVE TED LIEU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant. | Civ. No. 16-2201 (EGS) <br><br> CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD |

## DEFENDANT FEDERAL ELECTION COMMISSION'S
## CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD IN
## MATTER UNDER REVIEW 7101

The Federal Election Commission ("FEC" or "Commission"), by its Secretary and Clerk, hereby certifies that the documents listed below constitute the administrative record in Matter Under Review ("MUR") 7101. *See* LCvR 7(n)(1). The pages, beginning with the prefix "AR," have been sequentially numbered, beginning with AR 1 and running through AR 333.

| 1. | Administrative Complaint (date-stamped July 7, 2016). | AR 1-43 |
|---|---|---|
| 2. | Letter from Daniel Stevens, Deputy Director of Campaign for Accountability, to Office of General Counsel, Federal Election Commission (date-stamped July 12, 2016) and Enclosure (Michael Wager signed verification). | AR 44-46 |
| 3. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to the Honorable Ted Lieu, Complainant (date-stamped July 14, 2016) (acknowledging receipt of administrative complaint) and Enclosure* (description of FEC procedures for handling complaints). | AR 47 |

---

\*      Enclosures and attachments identified with an asterisk are not included in the administrative record.

| 4. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to the Honorable Walter Jones, Complainant (date-stamped July 14, 2016) (acknowledging receipt of administrative complaint) and Enclosure* (description of FEC procedures for handling complaints). | AR 48 |
|---|---|---|
| 5. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to John Howe, Complainant (date-stamped July 14, 2016) (acknowledging receipt of administrative complaint) and Enclosure* (description of FEC procedures for handling complaints). | AR 49 |
| 6. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Zephyr Teachout, Zephyr Teachout for Congress, Complainant (date-stamped July 14, 2016) (acknowledging receipt of administrative complaint) and Enclosure* (description of FEC procedures for handling complaints). | AR 50 |
| 7. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Michael Wager, Citizens for Michael Wager, Complainant (date-stamped July 14, 2016) (acknowledging receipt of administrative complaint) and Enclosure* (description of FEC procedures for handling complaints). | AR 51 |
| 8. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Anne Weismann, Campaign for Accountability, Complainant (date-stamped July 14, 2016) (acknowledging receipt of administrative complaint) and Enclosure* (description of FEC procedures for handling complaints). | AR 52 |
| 9. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Alixandria Lapp, Treasurer, House Majority PAC (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 53-54 |
| 10. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Rebecca Lambe, Treasurer, Senate Majority PAC (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 55-56 |

| | | |
|---|---|---|
| 11. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Chris Marston, Treasurer, American Alliance PAC (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 57-58 |
| 12. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Candace Hermsmeyer, Treasurer, Bold Agenda PAC (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 59-60 |
| 13. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Sarah Chamberlain, Defending Main Street Super PAC Inc. (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 61-62 |
| 14. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Thomas F. Maxwell, III, Treasurer, Freedom Partners Action Fund, Inc. (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 63-64 |
| 15. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Keith A. Davis, Treasurer, New York Wins PAC (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 65-66 |
| 16. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to S. Donald Sussman (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 67-68 |

| 17. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Fred Eychaner (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 69-70 |
| --- | --- | --- |
| 18. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to James H. Simons (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 71-72 |
| 19. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Bernard H. Schwartz (date-stamped July 14, 2016) (advising of receipt of administrative complaint)† and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 73-74 |
| 20. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Sheldon Adelson (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 75-76 |
| 21. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Chevron Corporation (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 77-78 |
| 22. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Vitreo-Retinal Consultants of the Palm Beaches ("VRC") (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 79-80 |

---

†     Documents marked with a † symbol have been redacted to protect privileged, personally identifying, and other sensitive information.

| 23. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to George M. Marcus (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 81-82 |
|---|---|---|
| 24. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Robert C. McNair (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 83-84 |
| 25. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Bernard Marcus (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 85-86 |
| 26. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Paul Singer (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 87-88 |
| 27. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Petrodome Energy (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 89-90 |
| 28. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to John Jordan (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 91-92 |

| 29. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Robert Ziff (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 93-94 |
|---|---|---|
| 30. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to LIUNA Building America (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 95-96 |
| 31. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Sean Parker (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 97-98 |
| 32. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Marlene Ricketts (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 99-100 |
| 33. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Robert L. Mercer (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 101-102 |
| 34. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Charles G. Koch 1997 Trust (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 103-104 |

| 35. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Diane Hendricks (date-stamped July 14, 2016) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 105-106 |
|---|---|---|
| 36. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Charles Koch (undated) (advising of receipt of administrative complaint) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 107-108 |
| 37. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Caleb Crosby, Treasurer, Senate Leadership Fund (date-stamped July 15, 2016) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form).‡ | AR 109-110 |
| 38. | Letter from Ki P. Hong and Charles M. Ricciardelli, Counsel for Warren Stephens, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated July 25, 2016) (requesting extension of time to respond to administrative complaint) and Enclosure (completed Designation of Counsel Form). | AR 111-112 |
| 39. | Completed Designation of Counsel Form for American Alliance PAC (date-stamped July 26, 2016). | AR 113 |
| 40. | Completed Designation of Counsel Form for Christopher Marston (date-stamped July 26, 2016). | AR 114 |

---

‡    On July 14, 2016, the FEC's Complaints Examination & Legal Administration Division also sent original letters to respondents Americans for Shared Prosperity; Congressional Leadership Fund; New York Wins PAC and Keith A. Davis; and ESA Fund and Nancy Watkins, advising those persons of the administrative complaint. Due to a clerical error, the Commission did not maintain copies of the executed, date-stamped letters as transmitted. Upon discovering the error, the Commission sent the respondents unexecuted copies of electronic records of the notification letters with new date stamps. The transmitted copies appear in the certified list of contents of the administrative record as they were transmitted on July 14, September 2, 13, and 15, 2016, respectively. The Commission also did not maintain copies of any letters transmitted to complainants Jeff Merkley or Free Speech for People acknowledging receipt of the administrative complaint, nor did it maintain copies of any notification letters it transmitted to respondents Access Industries; Richard Gilliam; Kenneth Griffin; Mountaire Corporation; and Warren Stephens.

| 41. | Letter from Robert Lenhard, Counsel for Sean Parker, to Donna Rawls, Paralegal, FEC Complaints Examination & Legal Administration (dated July 28, 2016) (requesting extension of time to respond to administrative complaint). | AR 115 |
|---|---|---|
| 42. | Email from Andrew D. Garrahan, Counsel for Robert McNair, to Donna Rawls (dated July 28, 2016) and Attachments (completed Designation of Counsel Form§). | AR 116-117 |
| 43. | Letter from Jason Torchinsky, Counsel for American Alliance PAC and Christopher Marston, to Jeff Jordan, Esq., Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated July 28, 2016) (requesting extension of time to respond to administrative complaint). | AR 118 |
| 44. | Letter from Matthew T. Sanderson, Counsel for Robert Ziff, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration re: Response of Mr. Robert Ziff (dated July 29, 2016) and Enclosure (completed Designation of Counsel Form). | AR 119-121 |
| 45. | Letter from Cleta Mitchell, Counsel for Bold Agenda PAC, to Jeff Jordan, Esq., and Donna Rawls, FEC Complaints Examination & Legal Administration (dated August 1, 2016) (responding to the administrative complaint). | AR 122-123 |
| 46. | Letter from Kirk Ogrosky, Counsel for VRC, to Donna Rawls, Paralegal, FEC Complaints Examination & Legal Administration (dated August 1, 2016) (informing the FEC of missing information in the transmitted administrative complaint) and Enclosure (copy of July 14, 2016 letter to VRC from FEC Assistant General Counsel Jeff. S. Jordan). | AR 124-129 |
| 47. | Letter from Benjamin L. Ginsberg, Counsel for Sheldon G. Adelson, to Jeff S. Jordan, Esq., Assistant General Counsel, Federal Election Commission (dated August 2, 2016) (responding to administrative complaint) and Enclosure (completed Designation of Counsel Form). | AR 130-132 |
| 48. | Completed Designation of Counsel Form for Freedom Partners Action Fund, Inc. (date-stamped August 2, 2016)†. | AR 133 |
| 49. | Email from Jeff Jordan to Donald F. McGahn, Counsel for Freedom Partners Action Fund (dated August 2, 2016) (granting requested extension of time to respond to administrative complaint). | AR 134 |

---

§ The text of the email indicates a Request for Extension was attached. To the extent that such a document may have been attached, the Commission did not maintain a copy.

| 50. | Letter from Donna Rawls, Paralegal Specialist, Federal Election Commission, to Robert Lenhard, Counsel for Sean Parker (undated) (granting requested extension of time to respond to administrative complaint). | AR 135 |
| --- | --- | --- |
| 51. | Letter from Donna Rawls, Paralegal, FEC Complaints Examination & Legal Administration to Murad Hussain, Counsel for VRC (dated August 2, 2016) and Enclosure* (copy of administrative complaint and supplemental verification included at AR 44-46). | AR 136 |
| 52. | Letter from Laurence E. Gold, Counsel for LIUNA Building America, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 3, 2016) (responding to the administrative complaint) and Enclosure (completed Designation of Counsel Form). | AR 137-140 |
| 53. | Email from Robert Kelner, Counsel for Paul Singer, to Donna Rawls (dated August 3, 2016) (requesting extension of time to respond to administrative complaint) | AR 141 |
| 54. | Letter from Mark V. Holden, Counsel for Charles Koch, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 3, 2016) (requesting extension of time to respond to administrative complaint) and Enclosure (completed Designation of Counsel Form). | AR 142-143 |
| 55. | Letter from Lyn Utrecht, Counsel for S. Donald Sussman, to FEC Office Complaints Examination & Legal Administration, Attn: Donna Rawls, Paralegal (dated August 4, 2016) (requesting extension of time to respond to administrative complaint) and Enclosure (completed Designation of Counsel Form). | AR 144-145 |
| 56. | Letter from Marc E. Elias, Ezra W. Reese, and Katherine T. LaBeau, Counsel for Senate Majority PAC and its treasurer Rebecca Lambe, House Majority PAC and its treasurer Alixandria Lapp, James H. Simons, Bernard L. Schwartz, and Fred Eychaner, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 4, 2016) (requesting extension of time to respond to administrative complaint) and Enclosures (completed Designation of Counsel Forms†). | AR 146-151 |
| 57. | Letter from Robert K. Kelner and Zachary G. Parks, Counsel for Chevron Corporation, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 5, 2016) (responding to administrative complaint). | AR 152-153 |

| 58. | Completed Designation of Counsel Form for Chevron Corporation (date-stamped August 8, 2016). | AR 154 |
| --- | --- | --- |
| 59. | Letter from Craig S. Lair, Counsel for Mountaire Corporation, to Jeff S. Jordan, FEC Complaints Examination & Legal Administration (dated August 8, 2016) (requesting extension of time to respond to administrative complaint) and Enclosures (completed Designation of Counsel Form). | AR 155-156 |
| 60. | Letter from William H. Jordan, Counsel for Bernard Marcus, to FEC Office of Complaints Examination and Legal Administration (dated August 8, 2016) (responding to the administrative complaint) and Enclosures (records of contribution to Senate Leadership Fund†; completed Designation of Counsel Form†). | AR 157-160 |
| 61. | Email from Donna Rawls, FEC Office of General Counsel, to Zachary Parks, Counsel for New York Wins PAC (dated August 9, 2016) (explaining that the Commission approved an extension of time to respond to the administrative complaint). | AR 161-162 |
| 62. | Letter from Donna Rawls, Paralegal Specialist, FEC Complaints Examination & Legal Administration to Zachary Parks (dated-stamped August 10, 2016) (granting extension of time to respond to administrative complaint). | AR 163 |
| 63. | Letter from Diane M. Hendricks to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 11, 2016) (requesting extension of time to respond to administrative complaint) and Enclosure (completed Designation of Counsel Form†). | AR 164-165 |
| 64. | Letter from Donna Rawls, Paralegal Specialist, FEC Complaints Examination & Legal Administration to Leo Law Firm, LLC (dated August 11, 2016) (granting extension of time for Diane M. Hendricks to respond to the administrative complaint). | AR 166 |
| 65. | Completed Designation of Counsel Form for Robert L. Mercer (date-stamped August 15, 2016). | AR 167 |
| 66. | Letter from Kirk Ogrosky, Counsel for VRC, to Donna Rawls, Paralegal, FEC Complaints Examination & Legal Administration (dated August 23, 2016) (responding to the administrative complaint). | AR 168-69 |

| | | |
|---|---|---|
| 67. | Letter from Tyler D. Williams, Counsel for Diane Hendricks, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 25, 2016) (responding to administrative complaint). | AR 170-171 |
| 68. | Letter from Ki P. Hong and Charles M. Ricciardelli, Counsel for Warren Stephens, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 29, 2016) (responding to administrative complaint). | AR 172-173 |
| 69. | Letter from Craig S. Lair, Counsel for Mountaire Corporation, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 31, 2016) (responding to administrative complaint). | AR 174-175 |
| 70. | Letter from Thomas J. Josefiak and Michael Bayes, Counsel to Senate Leadership Fund, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated August 31, 2016) (responding to administrative complaint) and Enclosure (completed Designation of Counsel Form†). | AR 176-182 |
| 71. | Letter from Jason Torchinsky and Steve Roberts, Counsel to American Alliance, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated September 1, 2016) (responding to administrative complaint). | AR 183-188 |
| 72. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Caleb Crosby, Congressional Leadership Fund (date-stamped September 2, 2016) and Enclosures* (copy of administrative complaint description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 189-190 |
| 73. | Letter from Robert K. Kelner and Zachary G. Parks, Counsel for Paul Singer, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated September 2, 2016) (responding to administrative complaint). | AR 191-196 |
| 74. | Letter from Jan Witold Baran and Caleb P. Burns, Counsel for Congressional Leadership Fund, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated September 6, 2016) (requesting extension of time to respond to administrative complaint) and Enclosure (completed Designation of Counsel Form). | AR 197-199 |

11

| | | |
|---|---|---|
| 75. | Letter from Robert D. Lenhard and Andrew D. Garrahan, Counsel to Robert McNair, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated September 6, 2016) (responding to administrative complaint). | AR 200-205 |
| 76. | Letter from Robert D. Lenhard and Andrew D. Garrahan, Counsel for Sean Parker, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated September 6, 2016) (responding to administrative complaint). | AR 206-211 |
| 77. | Letter from Marc E. Elias, Ezra W. Reese, and Katherine T. LaBeau, Counsel for Senate Majority PAC and its treasurer Rebecca Lambe, House Majority PAC and its treasurer Alixandria Lapp, James H. Simons, Bernard L. Schwartz, and Fred Eychaner, to Jeff S. Jordan, FEC Complaints Examination & Legal Administration (dated September 6, 2016) (responding to administrative complaint) | AR 212-217 |
| 78. | Letter from Mark V. Holden, Counsel for Charles Koch, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated September 7, 2016) (responding to administrative complaint). | AR 218-219 |
| 79. | Letter from Robert K. Kelner and Zachary G. Parks, Counsel for New York Wins PAC, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated September 12, 2016) (responding to administrative complaint). | AR 220-225 |
| 80. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Nancy Watkins, Treasurer, ESA Fund (date-stamped September 13, 2016) and Enclosures* (copy of administrative complaint description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 226-227 |
| 81. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to John Jordan (date-stamped September 13, 2016) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 228-229 |
| 82. | Completed Designation of Counsel Form for New York Wins PAC and Keith Davis† (date-stamped September 14, 2016). | AR 230-231 |

| # | Description | AR |
|---|---|---|
| 83. | Letter from Jeff Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration, to Americans for Shared Prosperity (date-stamped September 15, 2016) and Enclosures* (copy of administrative complaint; description of FEC procedures for handling complaints; and Designation of Counsel Form). | AR 232-233 |
| 84. | Letter from Lyn Utrecht and Greg Holger, Counsel for S. Donald Sussman, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated September 16, 2016) (responding to administrative complaint). | AR 234-236 |
| 85. | Response of Freedom Partners Action Fund, Inc. and Thomas F. Maxwell III, as Treasurer, to the Complaint (date-stamped September 23, 2016), from Donald F. McGahn II, Counsel. | AR 237-240 |
| 86. | Letter from Laurence Levy, Counsel for Robert Mercer, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated October 18, 2016) (responding to administrative complaint). | AR 241-243 |
| 87. | Letter from Jan Witold Baran, Caleb P. Burns, and Andrew G. Woodson, Counsel for Congressional Leadership Fund, to Jeff S. Jordan, Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated October 26, 2016) (responding to administrative complaint). | AR 244-252 |
| 88. | Letter from William J. McGinley and Megan Sowards Newton, Counsel for ESA Fund and Nancy Watkins, to Jeff Jordan, Esq., Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated October 26, 2016) and Attachments (Statement of Designation of Counsel; Response of ESA Fund and Nancy Watkins to administrative complaint). | AR 253-257 |
| 89. | Letter from Scott E. Thomas, Counsel for Defending Main Street SuperPAC, to FEC Complaints Examination & Legal Administration (dated December 3, 2016) (responding to administrative complaint). | AR 258-260 |
| 90. | Completed Designation of Counsel Forms for Defending Main Street Super PAC Inc. and its treasurer Sarah Chamberlain (date-stamped December 5, 2016). | AR 261-262 |
| 91. | Letter from Benjamin L. Ginsberg, Counsel for Marlene Ricketts, to Jeff Jordan, Esq., Assistant General Counsel, FEC Complaints Examination & Legal Administration (dated December 14, 2016) (responding to the administrative complaint). | AR 263-264 |

| 92. | Completed Designation of Counsel Form for Marlene Ricketts (date-stamped December 15, 2016). | AR 265 |
| --- | --- | --- |
| 93. | FEC's First General Counsel's Report† and Attachment (proposed Factual and Legal Analysis) (date-stamped March 17, 2017). | AR 266-294 |
| 94. | Certification by Dayna C. Brown, Secretary and Clerk of the Commission, of the Commissioners' May 25, 2017 vote in MUR 7101 (certification signed and dated May 25, 2017). | AR 295-296 |
| 95. | Letter from Lisa J. Stevenson, Acting General Counsel, and Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Ronald A. Fein, Free Speech for People, Complainant (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 297 |
| 96. | Letter from Lisa J. Stevenson, Acting General Counsel, and Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Anne Weismann, Campaign for Accountability, Complainant (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 298 |
| 97. | Letter from Lisa J. Stevenson, Acting General Counsel, and Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to John Howe, Complainant (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 299 |
| 98. | Letter from Lisa J. Stevenson, Acting General Counsel, and Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Sen. Jeff Merkley, Complainant (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 300 |
| 99. | Letter from Lisa J. Stevenson, Acting General Counsel, and Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Rep. Walter Jones, Complainant (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 301 |
| 100. | Letter from Lisa J. Stevenson, Acting General Counsel, and Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Rep. Ted Lieu, Complainant (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 302 |

| | | |
|---|---|---|
| 101. | Letter from Lisa J. Stevenson, Acting General Counsel, and Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Zephyr Teachout, Zephyr Teachout for Congress, Complainant (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 303 |
| 102. | Letter from Lisa J. Stevenson, Acting General Counsel, and Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Michael Wager, Citizens for Michael Wager, Complainant (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 304 |
| 103. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Jason Torchinsky and Steve Roberts, Counsel for American Alliance and Chris Marston (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 305 |
| 104. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Jan Witold Baran, Caleb P. Burns, and Andrew G. Woodson, Counsel for Congressional Leadership Fund and Caleb Crosby (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 306 |
| 105. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Cleta Mitchell, Counsel for Bold Agenda PAC and Candace Hermsmeyer (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 307 |
| 106. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Scott E. Thomas, Counsel for Defending Main Street SuperPAC and Sarah Chamberlain (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 308 |
| 107. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to William J. McGinley and Megan Sowards Newton, Counsel for ESAFund and Nancy H. Watkins (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 309 |

| 108. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Donald F. McGahn II, Counsel for Freedom Partners Action Fund, Inc. and Thomas F. Maxwell III (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 310 |
|---|---|---|
| 109. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Thomas J. Josefiak and Michael Bayes, Counsel for Senate Leadership Fund and Caleb Crosby (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 311 |
| 110. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Access Industries (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 312 |
| 111. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Americans for Shared Prosperity (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 313 |
| 112. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to William H. Jordan, Counsel for Bernard Marcus (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 314 |
| 113. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Mark V. Holden, Counsel for Charles G. Koch (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 315 |
| 114. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Charles G. Koch 1997 Trust (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 316 |
| 115. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Benjamin L. Ginsberg, Counsel for Sheldon G. Adelson and Marlene Ricketts (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 317 |

| 116. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Kirk Ogrosky, Counsel for VRC (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 318 |
|---|---|---|
| 117. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Ki P. Hong and Charles M. Ricciardelli, Counsel for Warren Stephens (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 319 |
| 118. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Robert K. Kelner and Zachary G. Parks, Counsel to Chevron Corporation, Paul Singer, New York Wins PAC, and Keith A. Davis (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 320 |
| 119. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Marc E. Elias, Ezra W. Reese, and Katherine T. LaBeau, Counsel to House Majority PAC and Alixandria Lapp, Senate Majority PAC and Rebecca Lambe, Bernard Schwartz, Fred Eychaner, and James H. Simons (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 321 |
| 120. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Tyler D. Williams, Counsel for Diane Hendricks (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 322 |
| 121. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Lyn Utrecht and Greg Holder, Counsel to S. Donald Sussman (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 323 |
| 122. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to George M. Marcus (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 324 |

| 123. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to John Jordan (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 325 |
|---|---|---|
| 124. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Kenneth Griffin (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 326 |
| 125. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Laurence E. Gold, Counsel for LIUNA Building America (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 327 |
| 126. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Craig S. Lair, Counsel for Mountaire Corporation (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 328 |
| 127. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Petrodome Energy (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 329 |
| 128. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Richard B. Gilliam (date-stamped June 1, 2017)† (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 330 |
| 129. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Robert D. Lenhard and Andrew D. Garrahan, Counsel for Robert McNair and Sean Parker (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 331 |
| 130. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Laurence Levy, Counsel for Robert Mercer (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 332 |

| 131. | Letter from Jin Lee, Acting Assistant General Counsel, FEC Enforcement Division, to Matthew T. Sanderson, Counsel for Robert Ziff (date-stamped June 1, 2017) (providing notification of file closure) and Enclosure* (approved Factual and Legal Analysis included at AR 281-294). | AR 333 |

IN TESTIMONY WHEREOF, the Secretary and Clerk of the Federal Election Commission, being duly authorized, has set her hand and affixed the seal of the Federal Election Commission in the city of Washington, District of Columbia, this 7th day of May, 2018.

_____
Dayna C. Brown
Secretary and Clerk
Federal Election Commission