**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REPRESENTATIVE TED LIEU, *et al.*,  )  )  Plaintiffs,  )  )  v.  )  )  FEDERAL ELECTION COMMISSION,  )  )  Defendant.  ) | Civ. No. 16-2201 (EGS) |

## CONSENT MOTION BY PLAINTIFFS FOR PROPOSED BRIEFING SCHEDULE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the inherent authority of the Court, Plaintiffs Representative Ted Lieu, Representative Walter Jones, Senator Jeff Merkley, State Senator (ret.) John Howe, Zephyr Teachout, and Michael Wager ("Plaintiffs") respectfully move for the Court to set the following briefing schedule with respect to the Federal Election Commission's ("FEC") Motion to Dismiss Plaintiffs' First Amended Complaint [ECF No. 39] (FEC's Motion to Dismiss"):

- **June 13, 2018**: Deadline for Plaintiffs to file their opposition to the FEC's Motion to Dismiss;

- **July 2, 2018**: Deadline for the FEC to file its reply in support of its Motion to Dismiss.

The FEC has consented to the relief sought herein, and the grounds for this motion are as follows:

1.  On November 4, 2016, Plaintiffs filed the Complaint [ECF No. 1] in this action alleging that, pursuant to 52 U.S.C. § 30109(a)(8) and 5 U.S.C. § 706(1), the Commission failed to act on the administrative complaint Plaintiffs filed with the Commission on July 7, 2016 (the "Administrative Complaint").

2. On or around June 1, 2017, the FEC sent a letter informing Plaintiffs that the FEC had decided to close the file at issue in the Administrative Complaint and attached its "Factual and Legal Analysis" in support of that decision.

3. On June 22, 2017, Plaintiffs filed a Motion for Leave to File Amended Complaint [ECF No. 21], in which it sought substantive review of the FEC's decision to close the file at issue in the Administrative Complaint. On March 7, 2018, the Court granted Plaintiffs' Motion for Leave to File Amended Complaint.

4. On May 7, 2018 the FEC filed its Motion to Dismiss Plaintiffs' First Amended Complaint.

5. The FEC's Motion to Dismiss is case dispositive and raises complex legal issues.

6. The above-requested briefing schedule is appropriate in light of the complex issues involved, the fact that the FEC's Motion to Dismiss is case-dispositive, and the fact that all parties consent to the briefing schedule.

7. Accordingly, there is good cause for the Court to adopt the above-requested briefing schedule.

For the reasons stated above, Plaintiffs respectfully request that the Court grant their Consent Motion For Proposed Briefing Schedule. A proposed Order is attached.

Dated: May 8, 2018

Respectfully submitted,

/s/ Stephen A. Weisbrod

| | |
|---|---|
| Stephen A. Weisbrod (D.C. Bar No. 439152) | Ronald A. Fein (admitted *pro hac vice*) |
| **WEISBROD MATTEIS & COPLEY PLLC** | John C. Bonifaz |
| 1200 New Hampshire Ave., NW, Suite 600 | **FREE SPEECH FOR PEOPLE** |
| Washington, DC 20036 | 1340 Centre St. #209 |
| (202) 499-7900 | Newton, MA 02459 |
| sweisbrod@wmclaw.com | (617) 244-0234 |
| | rfein@freespeechforpeople.org |

Brad Deutsch (D.C. Bar No. 469636)
**GARVEY SCHUBERT BARER**
Flour Mill Building
1000 Potomac Street NW, Suite 200
Washington, DC 20007-3501
(202) 965-7880
BDeutsch@gsblaw.com

Malcolm Seymour
Andrew Goodman
**GARVEY SCHUBERT BARER**
100 Wall Street, 20th Floor
New York, NY 10005
(212) 431-8700
mseymour@gsblaw.com
agoodman@gsblaw.com

Laurence H. Tribe (admitted *pro hac vice*)
*Of Counsel*
Hauser Hall 420
Harvard University*
Cambridge, MA 02138
(617) 495-1767

Ambassador (ret.) Norman Eisen (D.C. Bar No. 435051)
*Of Counsel*
2022 Columbia Rd. NW, #214
Washington, DC 20009
(202) 462-2903

Anne Weismann (D.C. Bar No. 298190)
6117 Durbin Road
Bethesda, MD 20817

Albert W. Alschuler
*Of Counsel*
220 Tuttle Road
Cumberland, ME 04021
(207) 829-3963

Richard Painter
*Of Counsel*
Mondale Hall, Office 318
University of Minnesota Law School*
229 19th Avenue South
Minneapolis, MN 55455
(612) 626-9707

*Attorneys for Plaintiffs*

*University affiliation noted for identification purposes only.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on May 8, 2018, the foregoing was caused to be served on counsel of record for Defendant by the Court's electronic filing system.

| | |
|---|---|
| Dated: May 8, 2018 | /s/ Stephen A. Weisbrod<br>Stephen A. Weisbrod |