**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REPRESENTATIVE TED LIEU, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Civ. No. 16-2201 (EGS) |

**ORDER**

Upon consideration of defendant's motion to dismiss plaintiffs' first amended complaint, and for the reasons stated in the Memorandum Opinion, defendant's motion to dismiss is **GRANTED**. Plaintiffs' first amended complaint is hereby **DISMISSED**.

    **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **February 28, 2019**